# Office of the Chapter 13 Standing Trustee

### Isabel C. Balboa, Chapter 13 Standing Trustee†

*Jane L. McDonald, Counsel*　　　　　　　　　　　　　　　　　　　*Kelleen E. Stanley**
*Raymond H. Shockley, Jr. Staff Attorney*　　　　　　　　　　　　　*Jennie P. Archer**
*Jennifer R. Gorchow, Staff Attorney*　　　　　　　　　　　　　　　*Jenai M. Cerquoni**

*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

August 30, 2016

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:　　Chapter 13 Bankruptcy
　　　　Debtor(s) Name:　　Harry D. and Tracy K. Chance
　　　　Case No:　　　　　　12-24446  JNP
　　　　Hearing Date:　　　　N/A

Dear Judge Poslusny:

Please accept this letter as a limited objection to the above-captioned Debtor(s)' Motion/Application.

A Motion/Application for Compensation was recently filed on August 25, 2016.  However, a Motion/Application for Compensation was previously submitted with the Court on June 9, 2016, in which the Order was entered on June 17, 2016.

Pursuant to, DNJ L.R.B. 2016-5 (b)(3), a supplemental fee application in a Chapter 13 case may not be submitted more than once every 120 days.

As always, the Court is welcome to contact the Trustee with any concerns.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　*OFFICE OF THE CHAPTER 13*
　　　　　　　　　　　　　　*STANDING TRUSTEE*

　　　　　　　　　　　　　　*/s/ Isabel C. Balboa*

　　　　　　　　　　　　　　ISABEL C. BALBOA
　　　　　　　　　　　　　　Chapter 13 Standing Trustee

ICB:lka

c:　　Scott M. Zauber, Esquire   (Debtor(s) Attorney)    (Via Electronic Case Filing / ECF)
　　　Harry D. & Tracy K. Chance   (Debtors')    (Via Regular Mail)