Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 12–24446–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Harry D Chance | Tracy K Chance |
| 2443 Shamrock Lane | 2443 Shamrock Lane |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
  xxx–xx–3490                                           xxx–xx–0994

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 12, 2018</u>                  <u>Jerrold N. Poslusny Jr.</u>
                                                        Judge, United States Bankruptcy Court